UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNELL BROWN, #374517,                          )
                              Petitioner,         )
                                                  )        No. 1:14-cv-617
-v-                                               )
                                                  )        Honorable Paul L. Maloney
LORI GIDLEY,                                      )
                              Respondent.         )
                                                  )

## JUDGMENT

The Court has denied Darnell Brown's petition for habeas relief filed under 28

U.S.C. § 2254. As all pending claims have been resolved, as required by Rule 58 of the

Federal Rules of Civil Procedure, **JUDGMENT ISSUES.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 22, 2017                              /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge